IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESEE

WESTERN DIVISION



M. LaTroy Alexandria-Williams

    PLAINTIFF,

VS.

Mary Mancini, Mark Goins, John Ryder, Steve Cohen,

Shelby County Election Commission,

Linda Phillips, Dave Camron.

DEFENDANTS.

Civil Rights  Abuse of Powers

## COMPLAINT MOTION TO SET ASIDEAND CRIMINAL INVESTIGATION OF 1. MARY MANCINI, STEVE COHEN, JOHN MARIAT

TO THE HONORABLE JUDGES OF THE FEDERALL COURT

Come now your petitioner M. LaTroy Alexandria-Williams has file a motion to set aside the certification of the election of STEVE COHEN 9TH CONGRESSION SHELBY COUNTY TN. M. LaTroy Alexandria-Williams show unto the court as follows:

1. The election was fraud,(2) abuse of power ,(3) obstruction of justice (4) perjury, (5) slander ,(6) Conspiracy.

# FACTS

## Due Process

The Fourteenth amendment to the Unites States constitution guarantees a person the rights to due process before a state actor can deprive the person of life liberty or property. M. LaTroy Alexandria-Williams had a liberty interest in running as a Democratic candidate in the 9th congressional District.M. LaTroy Alexandria-Williams was deprived of his liberty interest when the State Democratic Party officers in conjuction with officers of the Shelby County Election Commission , and State Election remove M. LaTroy Alexandria-Williams from the official Ballot Democratic candidate was selected.

2. Mathews V. Eldridge 424US 319.333 96 S. Ct.893,47 L. Ed.2d, Armstrong V. Manza 380 U.S.545,552 85 S. Ct.1187,14 L.Ed.2d .
   In 1950, the U.S. Supreme court recognized that ans action cannot proceed against a person or entity that would affect an interest in life liberty of property unless the state first provides "notice reasonably calculated under the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objection Bullington c. Greene County 88 S.W.3d 571 (Tenn. Ct.App 2002), citing Mullane v. Central Hanover Bank & Trust Co. 339 U.S. 306,314,70 S. Ct.652,657,94 Led. 865(1950).

**3. FRAUD.** The Election was fraud Judge Walter Evans order M. LaTroy Alexandria-Williams back on the ballot in a timely fashion however the state election commission attorney ,County Election Commission Attorney John Ryder and State Democratic party Attorney Gerard Stranch stagnated the process by lying to Judge Evans that M. LaTroy Alexandria-Williams had help the republicans party and had no bacis Camerion Mary Mancini lied to the executive committee members stating that M. LaTroy Alexandria-Williams voted for republicans , Mary Mancini also went to the Shelby County Democratic Party asking them to join the Steve Cohen frivolous law suite in 2017 so that Steve Cohen would have a law suit against M. LaTroy Alexandria-Williams and they said no. She also went to the Democratic women organization and ask them to join the Steve Cohen and John Mariat frivolous law suit and they said no.

4. This prove that mary Mancini was bice and predigest against M. LaTroy Alexandria –Williams because he was black who is a Democratic running against Steve Cohen who is some time Democratic.
5. However the Federal Election Commission said M. LaTroy Alexandria-Williams " Did everything right and even if he had done what John Mariat and STEVE COHEN said he did, M. LaTroy Alexandria-Williams still will be right ".
6. Dave Camron presented a fraudulent letter from Mary Mancini to have him remove M. LaTroy Alexandria-Williams name from the ballot whis is a crime. Steve .
7. Steve Cohen, Mary Mancini, Dave Cameron, and others to be name later. They conspired to corrupt the process to keep M. LaTroy Alexandria-Williams off the ballot they lied and deceived.
8. Abuse of power Steve Cohen pressured Mary Mancini, John Mariat , Steve Steive , Steve Ross, Dave Cameron, Van Turner and others to slander and lie to obstruct the process to keep M. LaTroy Alexandria-Williams from being on the ballot.
9. All correspondence from JB Smiley was suppose to have communicated with Mark Clayton Management team before any decision were to be made

therefore they miss lead and avoided Mark Clayton before any decision were to be made.

10. There for I am asking the Federal Government to investigate Ricki Wilkins and JB Smiley for the conduct and unethical practice including with others to dismiss M. LaTroy Alexandria-Williams case.

11. Ricki Wilkins claim over 100 people call him and said M. Latroy Alexandia-Williams had won don't see any reason to go any futher. JB Smiley willing and knowing he had a conflict of interest however he never intended to tell Ricky Wilkins not to dismiss the case. However he promise M. LaTroy Alexandria-Williams and his wife. For those reason along Ricki Wilkins and JB Smiley should be prohibit from practicing law in the state of Tennessee or any other state in the United State until an investigation is completed.

12. Dave Cameron was used as a puppet by Mary Mancini to carry out a crime and do her duty work.

13. There for we ask this honorable court to investigate this matter and what ever judgement that the judge bring about on these preditors should also compersate M. LaTroy Alexandria-Williams and family for the harm and suffering M. LaTroy Alexandria-Williams and family have been abridge and diminish and imparied.

14. M. LaTroy Alexandria-Williams son and daughter won position in Dist 33. they were elected executive committee members Mary Mancini and her staff have been trying to get both remove as a retaliation against M. LaTroy Alexandria-Williams they used every foney trick to removed them. We ask that the federal investigation to investigate this. I am now a candidate for City Council Super Dist 8 Pos. 1. Also am candidate for the president of the United State for 2020 and soon to be a candidate for the 9th congressional dist which the judge order the election commission to put M. LaTroy Williams back on the ballot and they did not which make the 9th congressional Dist. race a fraud, and must be Repeted as Judge Evans stated. THEREFORE I ASKING THIS HONOR COURT TO DECLARED THE AUGUST 2, RACE FOR THE NINTH CONGRESS IN 2018 MUTE, AND ARREST ALL THAT WAS INVOLED TN THE CRIMINAL EMPIRE, FOR(1)FRAUD,(2) ABUSE OF POWER, A VOLITATION OF MY CIVIL RIGHT ,CONSPIRACY.

There for we ask this honorable court to look into this Subject Matter and place all on criminal charges if finded. AND REMOVE CONGRESS STEVE FROM THE 9TH CONGRESS.

MY, REGARD

PLEASE READ THE ATACTHMENTS

# CERTIFICATE OF SERVICE

I Certify that on this _____ day of August 13, 2019, a copy of the foregoing document was served by United States Mail, postage prepaid to the following individuals:

Ricky E. Wilkins, Esq.
Sharon H. Loy, Esq.
The law offices of Ricky E. Wilkins
The Shrine Building
66 Monroe Avenue, Suite 103
Memphis, TN 38103-2471

Janet Irene M. Kleinfelter
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-4015
Counsel for Mark Goins

J Gerard Stranch IV, Esq
Benjamin A. Gastel, Esq
Seamus T. Kelly, Esq
Bransetter, Stranch & Jennings, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203-3513
Counsel for Defendant Mary Mancini, Chairperson
Of the Tennessee Democratic Party

John L. Ryder, Esq
Pablo A. Varela, Esq.
Harris Shelton Hanover & Walsh, PLLC
40 S. Main Street, Suite 2210
Memphis, TN. 38103-2555
Counsel for Defendant Linda Phillips

My Regard

M. LaTroy Alexandria-Williams
3250 Comm— [illegible]
Memphis TN 38116

901-859-6895
901-552-4954

J.B. Smiley, Jr. Esq
Smiley & Associates
5116 Raleigh Lagrange Road, Suite 31
Memphis, TN. 38134-5214

James R. Newsom, III, Esq
Matthew Doty, Esq.
Office of the Attorney General and Reporter
40 S. Main Street, Suite 1014
Memphis Tenn.38103-2514